No. 02–380. MIRANDA v. CASTRO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–385. SMITH ET UX. v. BLUE ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–416. WISEHART v. KELLWOOD CO. C. A. 2d Cir. Certiorari denied.

No. 02–420. ESTATE OF HUTCHINSON ET AL., BY HUTCHINSON, PERSONAL REPRESENTATIVE v. MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, FKA DEPARTMENT OF NATURAL RESOURCES. Ct. App. Mich. Certiorari denied.

No. 02–441. JACKSON v. DORMIRE, SUPERINTENDENT, JEFFERSON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–445. GILMORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–453. HORTON HOMES, INC. v. WHEELER. Sup. Ct. Ala. Certiorari denied.

No. 02–472. ROBINS v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 02–490. BURNS v. MCFADDEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–494. EDWARDS v. DEPARTMENT OF THE AIR FORCE ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–503. LAYMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–513. MUELLER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 02–518. SPRY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–535. COLE v. LAWS ET AL. Sup. Ct. Ark. Certiorari denied.